### John Loftus et al. v. Helen Hamilton, by Her Next Friend.

### Same v. Ruby Hamilton, by Her Next Friend.

ROYAL WRIGHT and S. PHILBRICK, attorneys for appellants.

JOHN J. REA and T. J. SMITH, attorneys for appellee.

OPINION PER CURIAM.

These two cases are in all essential features like John Loftus and Amos Morfey v. Stella Hamilton, by her next friend, *ante*.    They were tried with that cause by the same jury.    Twenty dollars damages were allowed in each case. We affirm these cases for the reasons appearing in the opinion filed in the Stella Hamilton case.

Mr. Presiding Justice WRIGHT took no part.